Timothy Perry (SBN 248543)
Elaine Zhong (SBN 286394)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Matthew L. Haws (*pro hac vice forthcoming*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6304
Facsimile (202) 663-6363

Attorneys for Defendant
Electric Boat Corporation (identified as "General Dynamics Electric Boat")

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.B. HUGHES AND ASSOCIATES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>GIUNIO SANTI ENGINEERING and<br>GENERAL DYNAMICS ELECTRIC BOAT<br><br>　　　　　　　　　　Defendants. | Case No. 16cv0114-DMS-JMA<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. Dana M. Sabraw |

Notice of Appearance

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLEASE TAKE NOTICE that Elaine Zhong, of Wilmer Cutler Pickering Hale and Dorr LLP, hereby enters her appearance as attorney of record for Defendant Electric Boat Corporation (identified in the Complaint as "General Dynamics Electric Boat") in the above-captioned matter.

Dated:  March 16, 2016               Respectfully submitted,


 */s/ Elaine Zhong*
Timothy Perry (SBN 248543)
Elaine Zhong (SBN 286394)
Matthew Haws (*pro hac vice forthcoming*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP

*Attorneys for Defendant*
*Electric Boat Corporation*

- 1 -

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP. My business address is 350 S. Grand Ave., Suite 2100, Los Angeles, CA, and I am over the age of eighteen years and not a party to the above-titled action.

I certify that on March 16, 2015, I served the following documents:

- NOTICE OF APPEARANCE

The documents were served by electronic means via the Court's CM/ECF system to those on the Court's Electronic Mail Notice List who are currently signed up to receive e-mail notices for this case:

- Michael Chancey Keeling
  mike@keelinglaw.org

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 16, 2016            ___/s/  *Elaine Zhong*
                                  Elaine Zhong