

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

J.B. HUGHES AND ASSOCIATES

Plaintiff,

v.

Giunio Santi Engineering, et al.

Defendant.

Civil No. 316CV00114DMSJMA

## PRO HAC VICE APPLICATION

Defendant
Party Represented

I, __Matthew L. Haws__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: WilmerHale LLP
Street address: 1875 Pennsylvania Avenue, NW
City, State, ZIP: Washington, DC 20006
Phone number: (202) 663-6326
Email: matthew.haws@wilmerhale.com

That on __January 10, 2005__ I was admitted to practice before __D.C. Court of Appeals__
      (Date)                                                    (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I  ☐ have)  ☒ have not)  concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____
Case Number _____  Date of Application _____
Application:  ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Matthew L. Haws*
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Timothy Perry                            (213) 443-5306
(Name)                                   (Telephone)

WilmerHale LLP
(Firm)

350 South Grand Avenue, Suite 2100       Los Angeles                 90071
(Street)                                 (City)                      (Zip code)

*Matthew Haws /ez*
(Signature of Applicant)

I hereby consent to the above designation.

*Timothy Perry /ez*
(Signature of Designee Attorney)