| | |
|---|---|
| 1 | Timothy Perry (SBN 248543) |
| | Elaine Zhong (SBN 286394) |
| 2 | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| 3 | 350 South Grand Avenue, Suite 2100 |
| | Los Angeles, CA 90071 |
| 4 | Telephone: (213) 443-5300 |
| | Facsimile: (213) 443-5400 |
| 5 | |
| 6 | Matthew L. Haws (*pro hac vice*) |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| 7 | 1875 Pennsylvania Avenue NW |
| | Washington, DC 20006 |
| 8 | Telephone: (202) 663-6304 |
| | Facsimile (202) 663-6363 |
| 9 | |
| 10 | Attorneys for Defendant |
| | Electric Boat Corporation (identified as "General Dynamics Electric Boat") |

Michael Chancey Keeling (SBN 279662)
Keeling Law Offices
120 C Avenue, Suite 120
Coronado, CA 92118
Telephone: 602-332-0341
Facsimile: 602-467-3289

Attorney for Plaintiff
J.B. Hughes and Associates

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.B. HUGHES AND ASSOCIATES, | Case No. 16cv0114-DMS-JMA |
| Plaintiff, | **SECOND JOINT MOTION TO EXTEND TIME TO FILE ANSWER OR MOTION** |
| vs. | |
| | Hon. Dana M. Sabraw |
| GIUNIO SANTI ENGINEERING and GENERAL DYNAMICS ELECTRIC BOAT, | |
| Defendants. | |

JOINT MOTION

1  Pursuant to Local Rules 7.2 and 12.1, Plaintiff J.B. Hughes and Associates
2  (hereinafter, "JBHA") and Defendant Electric Boat Corporation (identified in the
3  Complaint as "General Dynamics Electric Boat") (hereinafter, "EBC") respectfully
4  request leave of court to extend the time for EBC to file a responsive pleading to the
5  Complaint or to seek an informal conference under the procedures for filing a Fed. R.
6  Civ. P. 12(b) motion pursuant to Rule 6.A. of the Court's Civil Pretrial & Trial
7  Procedures **by an additional 30 days to May 27, 2016**.

8  Good cause exists for the Parties' request for extension of time.  On March 23,
9  2016, the Parties filed a joint motion to extend EBC's deadline for serving a
10 responsive pleading or filing a Rule 12(b) motion by 30 days to April 28, 2016, to
11 explore the possibility of settlement that would have EBC dismissed from the lawsuit
12 with prejudice.  (Dkt. No. 6.)  The Court granted the motion on March 23, 2016.
13 (Dkt. No. 7.)  The Parties require additional time to reach a resolution on the
14 possibility of settlement.  JBHA and EBC believe it is possible to reach a settlement
15 without further motion practice; to litigate a 12(b) motion at this juncture could
16 interfere with the possibility of such a settlement.  In addition, JBHA requires
17 additional time to serve Defendant Giunio Santi Engineering (hereinafter, "GSE"), a
18 foreign entity whose participation is critical to reaching any settlement in this case.
19 JBHA has made good faith efforts to serve GSE and anticipates that it will be able to
20 complete service in the next several weeks.  Accordingly, JBHA and EBC believe that
21 the Parties will benefit from an additional 30-day extension to explore settlement and
22 to allow service of GSE to occur.

23 WHEREFORE, JBHA and EBC respectfully request leave to extend the time
24 for EBC's responsive pleading or motion to dismiss.   A proposed order will be
25 emailed to the Court.

Dated: April 21, 2016

Respectfully submitted,

   /s/ *Timothy Perry*
Timothy Perry (SBN 248543)
Elaine Zhong (SBN 286394)
Matthew L. Haws (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP

*Attorneys for Defendant Electric Boat Corporation*

   /s/ *Michael C. Keeling*
Michael C. Keeling

*Attorney for Plaintiff J.B. Hughes and Associates*

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP. My business address is 350 S. Grand Ave., Suite 2100, Los Angeles, CA, and I am over the age of eighteen years and not a party to the above-titled action.

I certify that on April 21, 2016, I served the following document:

**SECOND JOINT MOTION TO EXTEND TIME TO FILE ANSWER OR MOTION**

The document was served by electronic means via the Court's CM/ECF system to those on the Court's Electronic Mail Notice List who are currently signed up to receive e-mail notices for this case:

- Michael Chancey Keeling
  mike@keelinglaw.org

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 21, 2016          __/s/ *Timothy Perry*_____
                               Timothy Perry

- 3 -