Matthew L. Haws (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6304
Facsimile (202) 663-6363

Attorney for Defendant
Electric Boat Corporation (identified as "General Dynamics Electric Boat")

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B. HUGHES AND ASSOCIATES, | ) Case No. 16-cv-0114-DMS-JMA |
| Plaintiff, | ) **MOTION TO WITHDRAW AS COUNSEL** |
| vs. | ) Hon. Dana M. Sabraw |
| GIUNIO SANTI ENGINEERING and GENERAL DYNAMICS ELECTRIC BOAT | ) |
| Defendants. | ) |

Motion to Withdraw

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Pursuant to Local Civil Rule 83.3(f)(3), Matthew L. Haws hereby moves to withdraw as one of the attorneys for Defendant Electric Boat Corporation (identified as "General Dynamics Electric Boat") in the above-captioned case.  Electric Boat Corporation is represented in this litigation by Wilmer Cutler Pickering Hale and Dorr LLP.  Attorney Matthew L. Haws will be leaving Wilmer Cutler Pickering Hale and Dorr LLP for a position at another firm.  Electric Boat Corporation has been informed of this motion, and it will not be prejudiced if the motion is granted since at least one member of Wilmer Cutler Pickering Hale and Dorr LLP, and at least one member of the Bar of this Court, will continue to serve as counsel of record for Electric Boat Corporation.

Therefore, attorney Matthew L. Haws respectfully requests that the Court grant this motion to withdraw.

Dated:  April 21, 2016                    Respectfully submitted,


                                          ___/s/  *Matthew L. Haws*_____
                                          Matthew Haws (*pro hac vice*)
                                          WILMER CUTLER PICKERING
                                            HALE AND DORR LLP

                                          *Withdrawing Attorney*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP. My business address 1875 Pennsylvania Avenue NW, Washington, DC 20006, and I am over the age of eighteen years and not a party to the above-titled action.

I certify that on April 21, 2016, I served the following document:

- MOTION TO WITHDRAW AS COUNSEL

The document was served by electronic means via the Court's CM/ECF system to those on the Court's Electronic Mail Notice List who are currently signed up to receive e-mail notices for this case:

- Michael Chancey Keeling
  mike@keelinglaw.org

The document was served by electronic means via e-mail to Electric Boat Corporation:

- Michael J. Askew, Vice President and General Counsel, Electric Boat Corporation
  maskew@gdeb.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 21, 2016          /s/ *Matthew L. Haws*_____
                                Matthew L. Haws