# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B. HUGHES AND ASSOCIATES,<br><br>Plaintiff,<br><br>vs.<br><br>GIUNIO SANTI ENGINEERING and GENERAL DYNAMICS ELECTRIC BOAT,<br><br>Defendants. | Case No. 16-cv-00114-DMS-JMA<br><br>**ORDER GRANTING SECOND JOINT MOTION TO EXTEND TIME TO FILE ANSWER OR MOTION**<br><br>Hon. Dana M. Sabraw |

# ORDER

The Second Joint Motion to Extend Time to File Answer or Motion filed by Plaintiff J.B. Hughes and Associates, and Defendant Electric Boat Corporation (identified in the Complaint as "General Dynamics Electric Boat") has been considered, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The motion is **GRANTED**;
2. Defendant Electric Boat Corporation shall file a responsive pleading or seek an informal conference under Rule 6.A. of the Court's Civil Pretrial & Trial Procedures for Rule 12(b) motions by **May 27, 2016.**

Order

1  **IT IS SO ORDERED.**
Dated:  April 22, 2016

Hon. Dana M. Sabraw
United States District Judge