# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B. HUGHES AND ASSOCIATES,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GIUNIO SANTI ENGINEERING and GENERAL DYNAMICS ELECTRIC BOAT,<br><br>                    Defendants. | Case No. 16-cv-00114-DMS-JMA<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Hon. Dana M. Sabraw |

# ORDER

The Motion to Withdraw as Counsel filed by attorney Matthew L. Haws is **GRANTED**.

**IT IS SO ORDERED.**
Dated:  April 22, 2016

_____
Hon. Dana M. Sabraw
United States District Judge

Order