AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  16cv0114-DMS-JMA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Giunio Santi Engineering
was received by me on *(date)*  04/05/2016  .

☐ I personally served the summons on the individual at *(place)* _____
_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Bruno Peracchi (Production & Purchase Manager) , who is designated by law to accept service of process on behalf of *(name of organization)*  Giunio Santi Engineering
_____  on *(date)*  05/05/2016  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  1,000.00  for travel and $  495.00  for services, for a total of $  1,495.00  .

I declare under penalty of perjury that this information is true.

Date:  09-May-2016

*Server's signature*

Filippo Crippa Sardi
*Printed name and title*

Process Service Network, LLC
5775 East Los Angeles Ave. #218
Simi Valley, CA 93063
*Server's address*

Additional information regarding attempted service, etc:
Personal service on Mr. Bruno Peracchi (Production & Purchase Manager), who accepted on behalf of Giunio Santi Engineering located at Piaza Bergamo, 18, 24040, Ciserano/Zingonia (BG), Italy on May 5, 2016 at 02:20 p.m.

Documents served:  Summons in a Civil Action (English & Italian); Complaint for Breach of Contract, Money Had and Received, Conversion, Unjust Enrichment and Unfair Competition (English & Italian); Exhibits 1, 2, and 3 (English & Italian)

AO 441   Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

J.B. HUGHES AND ASSOCIATES

*Plaintiff*

V.

Giunio Santi Engineering and General Dynamics Electric Boat

*Defendant*

Civil Action No.   16cv0114-DMS-JMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Giunio Santi Engineering

Piaza Bergama, 18

24040 Ciserano/Zingonia (BG) Italy

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael C. Keeling
120 C Avenue, Suite 120
Coronado, CA 92118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:   1/19/16



John Morrill
*CLERK OF COURT*

S/   T. Hernandez
*Signature of Clerk or Deputy Clerk*