Timothy Perry (SBN 248543)
Elaine Zhong (SBN 286394)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Defendant
Electric Boat Corporation (identified as "General Dynamics Electric Boat")

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B. HUGHES AND ASSOCIATES,<br><br>Plaintiff,<br><br>vs.<br><br>GIUNIO SANTI ENGINEERING and GENERAL DYNAMICS ELECTRIC BOAT<br><br>Defendants. | Case No. 16cv0114-DMS-JMA<br><br>**DEFENDANT ELECTRIC BOAT CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL LOCAL RULE 40.2**<br><br>Hon. Dana M. Sabraw |

CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 40.2 of the Civil Local Rules for the United States District Court for the Southern District of California, the undersigned counsel for Electric Boat Corporation (identified in the Complaint as "General Dynamics Electric Boat") (hereinafter "EBC") states that EBC's parent corporation is General Dynamics Corporation, and EBC is a wholly-owned subsidiary of General Dynamics Corporation.

Dated:  May 26, 2016                    Respectfully submitted,


                                        /s/  Timothy Perry
                                        Timothy Perry (SBN 248543)
                                        Elaine Zhong (SBN 286394)
                                        WILMER CUTLER PICKERING
                                          HALE AND DORR LLP

                                        *Attorneys for Defendant Electric Boat Corporation*

- 1 -

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP. My business address is 350 S. Grand Ave., Suite 2100, Los Angeles, CA, and I am over the age of eighteen years and not a party to the above-titled action.

I certify that on May 26, 2016, I served the following document:

- **DEFENDANT ELECTRIC BOAT CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL LOCAL RULE 40.2**

The document was served by electronic means via the Court's CM/ECF system to those on the Court's Electronic Mail Notice List who are currently signed up to receive e-mail notices for this case:

- Michael Chancey Keeling
  mike@keelinglaw.org

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 26, 2016              \_\_/s/  *Timothy Perry*_____
                                       Timothy Perry