1 | CROWELL & MORING LLP
2 | Gail D. Zirkelbach (CSB No. 181405, GZirkelbach@crowell.com)
  | Mana Elihu Lombardo (CSB No. 228846, MELombardo@crowell.com)
3 | 515 South Flower St., 40th Floor
  | Los Angeles, CA 90071
  | Telephone: 213.622.4750
4 | Facsimile: 213.622.2690

5 | Attorneys for Defendant GIUNIO SANTI ENGINEERING

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B. HUGHES AND ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>GIUNIO SANTI ENGINEERING AND GENERAL DYNAMICS ELECTRIC BOAT,<br><br>Defendant. | Case No. 3:16-cv-00114-DMS-JMA<br><br>NOTICE OF APPEARANCE (Gail D. Zirkelbach)<br><br>Hon. Dana M. Sabraw |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**
2  **RECORD:**

3    PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the
4  appearance of Gail D. Zirkelbach of CROWELL & MORING LLP as counsel of
5  record on behalf of Defendant, Giunio Santi Engineering in the above action.

6    All further notices and other material relevant to this action should be
7  directed to and served upon, at the following address:

  Gail D. Zirkelbach, Esq.
  CROWELL & MORING LLP
  515 S. Flower Street, 40th Floor
  Los Angeles, CA 90071
  Telephone: (213) 622-4750
  Facsimile: (213) 622-2690
  Email: gzirkelbach@crowell.com

Dated:    May 27, 2016           CROWELL & MORING LLP


                                 _____/s/ Gail D. Zirkelbach_____
                                 Gail D. Zirkelbach
                                 Mana Elihu Lombardo
                                 Attorneys for Defendant
                                 GIUNIO SANTI ENGINEERING

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Crowell & Moring LLP.  My business address is 515 S. Flower St., 40th Floor, Los Angeles, CA 90071 and I am over the age of eighteen years and not a party to the above-titled action. I certify on May 27, 2016, I served the following document(s):

- NOTICE OF APPEARANCE (Gail D. Zirkelbach)

The document(s) were served by electronic means via the Court's CM/ECF system to those on the Court's Electronic Mail Notice List who are currently signed up to receive e-mail notices for this case:

**Electronic Mail Notice List**

- **Michael Chancey Keeling**
  mike@keelinglaw.org

- **Timothy Perry**
  timothy.perry@wilmerhale.com,petra.gonzalez@wilmerhale.com

- **Elaine Zhong**
  elaine.zhong@wilmerhale.com,Cynthia.Thomas@wilmerhale.com, whmao@wilmerhale.com

**Manual Notice List**

- (No manual recipients)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 27, 2016          /s/ Gail D. Zirkelbach
                              Gail D. Zirkelbach