1  CROWELL & MORING LLP
   Gail D. Zirkelbach (CSB No. 181405, GZirkelbach@crowell.com)
2  Mana Elihu Lombardo (CSB No. 228846, MELombardo@crowell.com)
   515 South Flower St., 40th Floor
3  Los Angeles, CA  90071
   Telephone: 213.622.4750
4  Facsimile: 213.622.2690

5  Attorneys for Defendant GIUNIO SANTI ENGINEERING

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| J.B. HUGHES AND ASSOCIATES, | Case No.  3:16-cv-00114-DMS-JMA |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE (Mana Elihu Lombardo) |
| v. | Hon. Dana M. Sabraw |
| GIUNIO SANTI ENGINEERING AND GENERAL DYNAMICS ELECTRIC BOAT, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Mana Elihu Lombardo of CROWELL & MORING LLP as counsel of record on behalf of Defendant, Giunio Santi Engineering in the above action.

All further notices and other material relevant to this action should be directed to and served upon, at the following address:

> Mana Elihu Lombardo, Esq.
> CROWELL & MORING LLP
> 515 S. Flower Street, 40th Floor
> Los Angeles, CA 90071
> Telephone: (213) 622-4750
> Facsimile: (213) 622-2690
> Email: melombardo@crowell.com

Dated:       May 27, 2016                    CROWELL & MORING LLP

                                              */s/ Mana Elihu Lombardo*
                                              Gail D. Zirkelbach
                                              Mana Elihu Lombardo
                                              Attorneys for Defendant
                                              GIUNIO SANTI ENGINEERING

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Crowell & Moring LLP. My business address is 515 S. Flower St., 40th Floor, Los Angeles, CA 90071 and I am over the age of eighteen years and not a party to the above-titled action. I certify on May 27, 2016, I served the following document(s):

- NOTICE OF APPEARANCE (Mana Elihu Lombardo)

The document(s) were served by electronic means via the Court's CM/ECF system to those on the Court's Electronic Mail Notice List who are currently signed up to receive e-mail notices for this case:

**Electronic Mail Notice List**

- **Michael Chancey Keeling**
  mike@keelinglaw.org

- **Timothy Perry**
  timothy.perry@wilmerhale.com,petra.gonzalez@wilmerhale.com

- **Elaine Zhong**
  elaine.zhong@wilmerhale.com,Cynthia.Thomas@wilmerhale.com, whmao@wilmerhale.com

**Manual Notice List**

- (No manual recipients)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 27, 2016          */s/ Mana Elihu Lombardo*
                              Mana Elihu Lombardo