# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B. HUGHES AND ASSOCIATES,<br><br>                              Plaintiff,<br>     v.<br>GIUNIO SANTI ENGINEERING AND GENERAL DYNAMICS ELECTRIC BOAT,<br><br>                              Defendants. | CASE NO. 16cv0114 DMS (JMA)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

A telephonic status conference was held on June 1, 2016. Michael Keeling appeared for Plaintiff, and Tim Perry and Elaine Zhong appeared for Defendant Electric Boat Company. After consulting with counsel, IT IS HEREBY ORDERED:

1.     Plaintiff shall file a First Amended Complaint on or before **June 29, 2016**.

2.     Defendants shall file their responses to the First Amended Complaint on or before **July 20, 2016**.

DATED: June 1, 2016

_____
HON. DANA M. SABRAW
United States District Judge