# EXHIBIT 1

JBHA La Mesa, CA Business License, which is current and which dates from 1995.

| BUSINESS LICENSE | CITY OF LA MESA | LICENSE NO. 5266 |
|---|---|---|
| HUGHES, JOSEPH B. | | VALID DATE 01/01/95 |
| 4656 MISSION BELL LN | LICENSE NOT VALID FOR | EXPIRATION DATE 12/31/95 |
| LA MESA CA 91941 | PURPOSE STATED UNLESS IT BEARS CASHIER'S RECEIPT NUMBER | CASHIER'S RECEIPT NUMBER 127947 |

Pursuant to City Ordinance and conditioned upon payment of the required Fee or Tax at the time or times due, License is hereby granted for the term and purpose stated. Penalty for delinquent payment 10%/month. This license valid only at the location described above. License may be transferred only after transfer request is received and approved by the Department of Finance.

CLASS CODE: 8811

MAILING ADDRESS:
HUGHES, JOSEPH B.
4656 MISSION BELL LANE
LA MESA, CA 91941

POST IN CONSPICUOUS PLACE AT LOCATION LICENSED — PRIVATE HOUSEHOLD

---

**BUSINESS LICENSE — CITY OF LA MESA**

Pursuant to City Ordinance and conditions upon payment of the required Fee or Tax at the time or times due, license is hereby granted for the term and purpose stated. Penalty for delinquent payment is 10% per month. This license is valid only at the location described below. License may be transferred only after transfer request is received and approved by the Department of Finance. It is the responsibility of the Licensee to ensure that the license is renewed upon expiration.

BUSINESS NAME: Joseph B. Hughes
BUSINESS LOCATION: 4656 Mission Bell Lane, La Mesa, CA 91941
BUSINESS OWNER: Joseph B. Hughes

BUSINESS CLASS NO.: 051
DESCRIPTION: HOME OCCUPATION

JOSEPH B. HUGHES
4656 MISSION BELL LANE
LA MESA, CA 91941

Business License Number: 001970
Effective Date: January 01, 2015
Expiration Date: December 31, 2015

TO BE POSTED IN A CONSPICUOUS PLACE — NOT TRANSFERABLE

21