**EXHIBIT 3**

**JBHA-GSE Invoices**


Invoices between GSE and JBHA dated from July, 31, 1997 to June 15, 2016 under the 1/21/96

GSE-JBHA Representative Agreement, the Agreement.

# Contents

Invoice No.    97-005 Invoice Date  7/31/97 ................................................................ 3

Invoice No.    97-006 Invoice Date  9/23/97 ................................................................ 6

Invoice No.    97-007 Invoice Date  17 November 97 ................................................. 9

Invoice No.    97-008 Invoice Date  17 December 97 ................................................. 12

Invoice No.    98-003 Invoice Date 2 March 98 ................................................................ 15

Invoice No.    98-005 Invoice Date  27 May 98 ................................................................ 18

Invoice No.    98-001 Invoice Date  7 January 98 ............................................................ 21

Invoice No.    98-002 Invoice Date  5 February 98 ........................................................ 24

Invoice No.    98-006 Invoice Date  11 August 98 ........................................................ 27

Invoice No.    00-007  Invoice Date: 13 September 2000 ........................................... 30

Invoice No.    00-008 Invoice Date 18 September 2000 ........................................... 31

Invoice No.    00-001 Invoice Date 8 October 2002 ....................................................... 34

Invoice No.    02-002 Invoice Date 12 November 2002 ......................................... 37

Invoice No.    02-002    Invoice Date 12 November 2002 ......................................... 40

Invoice No.    03-001    Invoice Date: 23 February 2003 ........................................... 41

Invoice No.    03-002    Invoice Date: 31 July 2003 ................................................... 42

Invoice No.    05-007    Invoice Date: 31 October 2005 ........................................... 43

Invoice No.    06-005    Invoice Date: 1 November 2006 ......................................... 45

Invoice No.    06-003    Invoice Date: 10 March 2006 ............................................... 46

Invoice No.    06-004    Invoice Date: 28 June 2006 ................................................. 48

Invoice No.    06-005    Invoice Date: 1 November 2006 ......................................... 51

Invoice No.    07-002    Invoice Date: 11 March 2007 ............................................... 53

Invoice No.    07-003    Invoice Date: 13 June 2007 ................................................. 55

Invoice No.    07-004    Invoice Date: 29 October 2007 ........................................... 58

Invoice No.    08-002    Invoice Date: 2 July 2008 ..................................................... 60

Invoice No.    08-001    Invoice Date: 3 March 2008 ................................................. 63

Invoice No.    08-001    Invoice Date: 3 March 2008 ................................................. 66

Invoice No.    08-002    Invoice Date: 2 July 2008 ..................................................... 69

Invoice No.    14-004  Invoice Date: 29 August 2014 ............................................... 72

Invoice No.    14-005  Invoice Date: 10 September 2014 ......................................... 73

Invoice No.    16-001  Invoice Date: 15 June 2016 ................................................... 74

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.   97-005        Invoice Date        7/31/97

Purchase Order No.                    Representative Agreement - Dated 1/21/96

Bill To:  Giunio Santi Engineering, s.r.l. (GSE)

Piazza Bergamo, 18

24040 Zingonia (BG)

Italy

Attn:  Giunio Santi

Subject:        Commission for Mexican prepayment on P.O. E-341/97 (2 July 97)

**Terms of Payment**                    - Commission of 25% of funds upon receipt from customer

- Transfer funds electronically according to bank routing below:

Name of Account:                    Joseph B. Hughes

Account Number:                    ███6424

Bank Address:        Union Bank of California, La Mesa Branch

4771 Spring Street, La Mesa, CA 91941

Bank Routing Number:                    ███0496

Bank Telephone Number:                    619-667-3212

**Billing Summary**

|  | Description | Total |
|---|---|---|
| 1. | The Mexican Government has paid the required 30% prepayment of US$ 13,056.00 on their order totaling US$ 43,520.00.  A 25% commission on this prepayment is: | US$ 3,264.00 |

Total:                    US$ 3,264.00


Approved:


────────────────────
Giunio Santi

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.   97-006          Invoice Date                    9/23/97

Purchase Order No.                    Representative Agreement - Dated 1/21/96

Bill To:  Giunio Santi Engineering, s.r.l. (GSE)

Piazza Bergamo, 18

24040 Zingonia (BG)

Italy

Attn:  Giunio Santi

Subject:          Commission for Mexican final payment on P.O. E-341/97 (2 July 97)

---

**Terms of Payment**                              - Commission of 25% of funds upon receipt from customer

- Transfer funds electronically according to bank routing below:

Name of Account:                    Joseph B. Hughes

Account Number:                    ████6424

Bank Address:        Union Bank of California, La Mesa Branch

4771 Spring Street, La Mesa, CA 91941, U.S.A.

Bank Routing Number:                    ████0496

Bank Telephone Number:                    619-667-3212

**Billing Summary**

|  | Description | Total |
|---|---|---|
| 1. | The Mexican Government has paid the remaining 70% prepayment of US$30,464.00 on their order totaling US$43,520.00.  A 25% commission on this prepayment is: | US$ 7,616.00 |

Total:                    US$ 7,616.00

Approved:

_____
Giunio Santi

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.   97-007          Invoice Date                  17 November 97

Invoice Authority                       Representative Agreement - Dated 1/21/96

Bill To:  Giunio Santi Engineering, s.r.l. (GSE)

Piazza Bergamo, 18

24040 Zingonia (BG)

Italy

Attn:  Giunio Santi

Subject:        Commission for Paragon Financial Management, Inc. (MY Turquoise) Purchase Order
dated 11/11/97

---

**Terms of Payment**                        - Commission of 25% of funds upon receipt from customer

- Transfer funds electronically according to bank routing below:

Name of Account:                    Joseph B. Hughes

Account Number:                     ████6424

Bank Address:        Union Bank of California, La Mesa Branch

4771 Spring Street, La Mesa, CA 91941

Bank Routing Number:               ████0496

Bank Telephone Number:            619-667-3212

---

**Billing Summary**

| Description | Total |
| --- | --- |
| 1.      Paragon Financial Management, Inc. (MY Turquoise) has paid the required 30% prepayment of US$ 16,323.00 on their order totaling US$ 54,410.00.   A 25% commission on this prepayment is: | US$ 4,080.75 |

Total: US$ 4,080.75

Approved:

_____
Giunio Santi

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

**Invoice No.**   97-008        **Invoice Date**                   **17 December 97**

Invoice Authority                          Representative Agreement - Dated 1/21/96

Bill To:  Giunio Santi Engineering, s.r.l. (GSE)

Piazza Bergamo, 18

24040 Zingonia (BG)

Italy


Attn:  Giunio Santi

Subject:        Commission for Paragon Financial Management, Inc. (MY Turquoise) Purchase Order dated 11/11/97

_____

**Terms of Payment**                          - Commission of 25% of funds upon receipt from customer

- Transfer funds electronically according to bank routing below:

Name of Account:                        Joseph B. Hughes

Account Number:                         ████6424

Bank Address:         Union Bank of California, La Mesa Branch

4771 Spring Street, La Mesa, CA 91941

Bank Routing Number:                  ████0496

Bank Telephone Number: 619-667-3212

---

**Billing Summary**

| Description | Total |
|---|---|
| | |

1.    Paragon Financial Management, Inc. (MY Turquoise) has paid the required 30% second payment of US$ 16,323.00 on their order totaling US$ 54,410.00. A 25% commission on this prepayment is:    US$ 4,080.75

|  | Total: | US$ 4,080.75 |
|---|---|---|

Approved:

_____
Giunio Santi

EXHIBIT 3 Page | 14

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.    98-003          Invoice Date          2 March 98

Invoice Authority                    Representative Agreement - Dated 1/21/96

Bill To:  Giunio Santi Engineering, s.r.l. (GSE)

Piazza Bergamo, 18

24040 Zingonia (BG)

Italy

Attn:  Giunio Santi

Subject:          Commission for GPC/U.S. Navy Purchase Order Number 72509

dated 22 May 97

---

**Terms of Payment**                    - Commission of 25% of funds upon receipt from customer

- Transfer funds electronically according to bank routing below:

Name of Account:                    Joseph B. Hughes

Account Number:                    ████6424

Bank Address:      Union Bank of California, La Mesa Branch

4771 Spring Street, La Mesa, CA 91941

Bank Routing Number:              ████0496

EXHIBIT 3 Page | 15

Bank Telephone Number:                    619-667-3212

---

**Billing Summary**

| Description | Total |
|---|---|
| 1. GPC has paid the required 20% payment of US$ 37,589.00 (for Milestone 2) on their order totaling US$ 187,945.00. A 25% commission on this milestone payment is: | US$ 9,397.25 |

EXHIBIT 3 Page | 16

|  | Total: | US$ 9,397.25 |

Approved:

_____
Giunio Santi

EXHIBIT 3 Page | 17

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.    98-005          Invoice Date              27 May 98

Invoice Authority                    Representative Agreement - Dated 1/21/96

Bill To:  Giunio Santi Engineering, s.r.l. (GSE)

Piazza Bergamo, 18

24040 Zingonia (BG)

Italy

Subject:        Commission for GPC/U.S. Navy Purchase Order Number 72509

dated 22 May 97

---

**Terms of Payment**                        - Commission of 25% of funds upon receipt from customer

- Transfer funds electronically according to bank routing below:

Name of Account:                    Joseph B. Hughes

Account Number:                     ██████6424

Bank Address:      Union Bank of California, La Mesa Branch

4771 Spring Street, La Mesa, CA 91941

Bank Routing Number:               ██████0496

Bank Telephone Number:             619-667-3212

---

EXHIBIT 3 Page | 18

**Billing Summary**

|  | Description | Total |
|---|---|---|
| 1. | GPC has paid the required 30% payment of US$ 56,383.50 (for Milestone 4). A 25% commission on this milestone payment is: | US$ 14,095.88 |

EXHIBIT 3 Page | 19

|  | Total: | US$ 14,095.88 |
| --- | --- | --- |

Approved:

_____
Giunio Santi

EXHIBIT 3 Page | 20

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.    98-001          Invoice Date                    7 January 98

Invoice Authority                        Representative Agreement - Dated 1/21/96

Bill To:  Giunio Santi Engineering, s.r.l. (GSE)

Piazza Bergamo, 18

24040 Zingonia (BG)

Italy


Attn:  Giunio Santi


Subject:        Commission for GPC/U.S. Navy Purchase Order Number 72509

dated 22 May 97

---

**Terms of Payment**                        - Commission of 25% of funds upon receipt from customer

- Transfer funds electronically according to bank routing below:


Name of Account:                          Joseph B. Hughes


Account Number:                          ████6424


Bank Address:        Union Bank of California, La Mesa Branch

4771 Spring Street, La Mesa, CA 91941


Bank Routing Number:                    ████0496


Bank Telephone Number:            619-667-3212

EXHIBIT 3 Page | 21

**Billing Summary**

| Description | Total |
|---|---|
| 1.      GPC was paid the required 30% payment of US$ 56,383.50 (for Milestone 1) on their order totaling US$ 187,945.00. A 25% commission on this milestone payment is: | US$ 14,095.88 |

EXHIBIT 3 Page | 22

|  | Total: | US$ 14,095.88 |

Approved:

—————————————
Giunio Santi

EXHIBIT 3 Page | 23

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.    98-002        Invoice Date                5 February 98

Invoice Authority                    Representative Agreement - Dated 1/21/96

Bill To:  Giunio Santi Engineering, s.r.l. (GSE)

Piazza Bergamo, 18

24040 Zingonia (BG)

Italy


Attn:  Giunio Santi

Subject:        Commission for Paragon Financial Management, Inc. (MY Turquoise) Purchase Order
dated 11/11/97

---

**Terms of Payment**                        - Commission of 25% of funds upon receipt from customer

- Transfer funds electronically according to bank routing below:

Name of Account:                    Joseph B. Hughes

Account Number:                    ████6424

Bank Address:        Union Bank of California, La Mesa Branch

4771 Spring Street, La Mesa, CA 91941

Bank Routing Number:                    ████0496

Bank Telephone Number:                619-667-3212

EXHIBIT 3 Page | 24

**Billing Summary**

| | Description | Total |
|---|---|---|
| 1. | Paragon Financial Management, Inc. (MY Turquoise) has paid the required 30% third payment of US$ 16,323.00 on their order totaling US$ 54,410.00. A 25% commission on this prepayment is: | US$ 4,080.75 |

EXHIBIT 3 Page | 25

Total:        US$ 4,080.75

Approved:

_____
Giunio Santi

EXHIBIT 3 Page | 26

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.   98-006          Invoice Date                    11 August 98

Invoice Authority                    Representative Agreement - Dated 1/21/96

Bill To:  Giunio Santi Engineering, s.r.l. (GSE)

Piazza Bergamo, 18

24040 Zingonia (BG)

Italy

Subject:        Commission for GPC/U.S. Navy Purchase Order Number 72509

dated 22 May 97

---

**Terms of Payment**                        - Commission of 25% of funds upon receipt from customer

- Transfer funds electronically according to bank routing below:

Name of Account:                    Joseph B. Hughes

Account Number:                    ███6424

Bank Address:      Union Bank of California, La Mesa Branch

4771 Spring Street, La Mesa, CA 91941

Bank Routing Number:                    ███0496

Bank Telephone Number:            619-667-3212

---

EXHIBIT 3 Page | 27

**Billing Summary**

| Description | Total |
|:---:|:---:|

1.  GPC has paid the required $15,698.00 for Milestone 5.   This amounts to $17,589 for the remaining contracted amount, less $2,390 for the NATO Standard Flange, plus $499 for the NATO Flange Casting.   A 25% commission on this milestone payment is:     US$ 3,924.50

EXHIBIT 3 Page | 28

|  | Total: | US$ 3,924.50 |
| --- | --- | --- |

Approved:

_____
Giunio Santi

EXHIBIT 3 Page | 29

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619–698–4530 • FAX 619–698–1860

**Invoice No.**      00-007          **Invoice Date:** 13 September 2000

Invoice Authority    Representative Agreement – Dated 1/21/96

Bill To:           Giunio Santi Engineering, s.r.l. (GSE)
                    Piazza Bergamo, 18
                    24040 Zingonia (BG)
                    Italy

Subject:          Reimbursement for purchase of Lubrication Technologies "Christo-Lube,"
its shipment to Italy, and the associated customs and VAT.

---

**Terms of Payment**   -      Reimbursement for actual expenses related to Christo–Lube
                                purchase and shipment to Italy
                     -      Transfer funds electronically according to bank routing below:

Name of Account:          Joseph B. Hughes
Account Number:          ███████6424
Bank Address:            Union Bank of California, La Mesa Branch
                          4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:     ██████0496
Bank Telephone Number:   619–667–3212

---

**Billing Summary**

| | Description | Total |
|---|---|---|
| 1. | Purchase of 2 each 8 oz tubes and 8 each 2 oz tubes of Christo | US$ 288.00 |
| 2. | Lube Charges for shipping Christo–Lube package to Italy US$ | 52.65 |
| 3. | Italian customs duty | 14.01 |
| 4. | Italian VAT | 64.85 |
| | Total: | US$ 419.51 |

Approved:

_____
     Giunio Santi

EXHIBIT 3 Page | 30

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.   00-008          Invoice Date          18 September 2000

Invoice Authority                    Representative Agreement - Dated 1/21/96

Bill To:  Giunio Santi Engineering, s.r.l. (GSE)

Piazza Bergamo, 18

24040 Zingonia (BG)

Italy

Subject:          Commission for M.Y. Battered Bull double lock FlexiDec system with options.

---

**Terms of Payment**                    - Commission of 25% of funds upon receipt from customer

- Transfer funds electronically according to bank routing below:

Name of Account:                    Joseph B. Hughes

Account Number:                    ███6424

Bank Address:      Union Bank of California, La Mesa Branch

4771 Spring Street, La Mesa, CA 91941

Bank Routing Number:                    ███0496

Bank Telephone Number:                    619-667-3212

---

**Billing Summary**

EXHIBIT 3 Page | 31

|  | Description | Total |
|---|---|---|
| 1. | M.Y. Battered Bull has paid $43,650.00 in accordance with GSE invoice No. 13/98, dated 14 May 1998. A commission of 25% of this amount is: | US$ 10,912.50 |

EXHIBIT 3 Page | 32

|  | Total: | US$ 10,912.50 |
|---|---|---|

Approved:

_____
Giunio Santi

EXHIBIT 3 Page | 33

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.    00-001        Invoice Date  8 October 2002

Invoice Authority                    Representative Agreement - Dated 1/21/96

Bill To:  Giunio Santi Engineering, s.r.l. (GSE)

Piazza Bergamo, 18

24040 Zingonia (BG)

Italy

Subject:        Commission for Joe Dituri FlexiDec system with options.

---

**Terms of Payment**                    - Commission of 5% of funds upon receipt from customer

- Transfer funds electronically according to bank routing below:

Name of Account:                    Joseph B. Hughes

Account Number:                    ████6424

Bank Address:        Union Bank of California, La Mesa Branch

4771 Spring Street, La Mesa, CA 91941

Bank Routing Number:                    ████0496

Bank Telephone Number:            619-667-3212

---

**Billing Summary**

EXHIBIT 3 Page | 34

| Description | Total |
| --- | --- |

1. Joe Dituri has paid $25,800.00 in accordance with GSE invoice.  A commission of 5% of this amount is:

US$ 1,290.00

EXHIBIT 3 Page | 35

|  | Total: | US$ 1,290.00 |

Approved:

_____
Giunio Santi

EXHIBIT 3 Page | 36

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

**Invoice No.**   02-002          **Invoice Date**          **12 November 2002**

Invoice Authority                              Representative Agreement - Dated 1/21/96

Bill To:  Giunio Santi Engineering, s.r.l. (GSE)

Piazza Bergamo, 18

24040 Zingonia (BG)

Italy

Subject:          Commission for MY Asteria FlexiDec system with options.

---

**Terms of Payment**                         - Commission of 25% of funds upon receipt from customer

- Transfer funds electronically according to bank routing below:

Name of Account:                         Joseph B. Hughes

Account Number:                         ███6424

Bank Address:        Union Bank of California, La Mesa Branch

4771 Spring Street, La Mesa, CA 91941

Bank Routing Number:                         ███0496

Bank Telephone Number:                 619-667-3212

---

**Billing Summary**

Description

EXHIBIT 3 Page | 37

1.	Motor Yacht Asteria has ordered a 30" double lock FlexiDec system with options for a total price of US$50,287, and paid the 30% initial payment of US$15,086 in accordance with GSE payment terms.  A commission of 25% of this amount is:

<u>Total</u>

US$ 3,772

EXHIBIT 3 Page | 38

Total: US$ 3,772

Approved:

_____
Giunio Santi

EXHIBIT 3 Page | 39

# Invoice

### J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

**Invoice No.   02-002**                                  **Invoice Date   12 November 2002**

Invoice Authority        Representative Agreement - Dated 1/21/96

Bill To:                 Giunio Santi Engineering, s.r.l. (GSE)
                         Piazza Bergamo, 18
                         24040 Zingonia (BG)
                         Italy

Subject:                 Commission for Motor Yacht Asteria FlexiDec system with options.

---

**Terms of Payment**     - Commission of 25% of funds upon receipt from customer
                         - Transfer funds electronically according to bank routing below:
Name of Account:         Joseph B. Hughes
Account Number:          ███6424
Bank Address:            Union Bank of California, La Mesa Branch
                         4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:     ███0496
Bank Telephone Number:   619-667-3212

**Billing Summary**

Description

1.      Motor Yacht Asteria has ordered a 30" double lock FlexiDec system with options for a total price of US$50,287, and paid the 30% initial payment of US$15,086 in accordance with GSE payment terms.  A commission of 25% of this amount is:

                         Total            US$ 3,772

                         Total:           US$ 3,772

Approved:

_____

     Giunio Santi

EXHIBIT 3 Page | 40

# Invoice

### J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.   03-001                                    Invoice Date:  23 February 2003

Invoice Authority        Representative Agreement - Dated 1/21/96

Bill To:                 Giunio Santi Engineering, s.r.l. (GSE)
                         Piazza Bergamo, 18
                         24040 Zingonia (BG)
                         Italy

Subject:                 Commission for Motor Yacht Asteria FlexiDec system with options.

| | |
|---|---|
| **Terms of Payment** | - Commission of 25% of funds upon receipt from customer |
| | - Transfer funds electronically according to bank routing below: |
| Name of Account: | Joseph B. Hughes |
| Account Number: | ███6424 |
| Bank Address: | Union Bank of California, La Mesa Branch |
| | 4771 Spring Street, La Mesa, CA 91941 |
| Bank Routing Number: | ███496 |
| Bank Telephone Number: | 619-667-3212 |

**Billing Summary**

<u>Description</u>

1. On 9 December 2002 the Motor Yacht Asteria paid the second payment on their 30" double lock FlexiDec system (total price of US$50,287). They paid a 30% second payment of US$15,086 in accordance with GSE payment terms. A commission of 25% of this amount is:

|  |  |
|---|---|
| Totals | US$ 3,772 |
| Total: | US$ 3,772 |

Approved:

_____

Giunio Santi

EXHIBIT 3 Page | 41

# Invoice

## J. B. Hughes and Associates

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

**Invoice No.   03-002**                              **Invoice Date:  31 July 2003**

Invoice Authority   Representative Agreement - Dated 1/21/96

Bill To:            Giunio Santi Engineering, s.r.l. (GSE)
                    Piazza Bergamo, 18
                    24040 Zingonia (BG)
                    Italy

Subject:            Commission for Motor Yacht Asteria FlexiDec system with options.

---

**Terms of Payment**        - Commission of 25% of funds upon receipt from customer
                            - Transfer funds electronically according to bank routing below:
Name of Account:            Joseph B. Hughes
Account Number:             ████6424
Bank Address:               Union Bank of California, La Mesa Branch
                            4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:        ████0496
Bank Telephone Number:      619-667-3212

---

**Billing Summary**

Description

1.      On 24 July 2003 the Motor Yacht Asteria paid the third payment on their 30" double lock FlexiDec system (total price of US$50,287). They paid a 40% third payment of US $20,114.80 in accordance with GSE payment terms.  A commission of 25% of this amount is:

---

Totals  US$ 5,028.70

Total:  US$ 5,028.70

Approved:

_____

Giunio Santi

EXHIBIT 3 Page | 42

# Invoice

### J. B. Hughes and Associates
4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.    05-007         Invoice Date:  31 October 2005
Invoice Authority     Representative Agreement - Dated 1/21/96

Bill To:              Giunio Santi Engineering, s.r.l. (GSE)
                      Piazza Bergamo, 18
                      24040 Zingonia (BG)
                      Italy

Subject:            Expenses - ASME/PVHO Meeting - Las Vegas

---

**Terms of Payment**  - Transfer funds electronically according to bank routing below:
Name of Account:      Joseph B. Hughes
Account Number:       █████6424
Bank Address:         Union Bank of California, La Mesa Branch
                      4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:   █████0496
Bank Telephone Number:  619-667-3212

---

**Billing Summary**

Description

1.     Expenses for ASME/PVHO meeting in Las Vegas Nevada (see attached list)

                   Total      US$ 857.81

Approved:

_____

    Giunio Santi

**Expenses**

**Las Vegas Trip**

**Oct 25 - 28, 2005**

| Date | Item | Amount (US$) |
|------|------|--------------|
|  |  |  |
| 25 Oct 2005 | Drive to Las Vegas (340.5 miles x $0.375/mile) | 127.69 |

EXHIBIT 3 Page | 43

| | | |
|---|---|---|
| 25 Oct 2005 | Dinner-Hofbrau Haus with Harald Pauli of Germanscher Lloyds | 44.63 |
| 26 Oct 2005 | Lunch-Pho Hoa Restaurant | 9.02 |
| 26 Oct 2005 | Dinner-Hofbrau Haus-my share of 5 ASME people ($150) | 30.00 |
| 27 Oct 2005 | Lunch-Subway Sandwiches | 8.39 |
| 27 Oct 2005 | Dinner-Paris Café-my share of 6 ASME people ($240) | 40.00 |
| 27 Oct 2005 | Drive to meet ASME group for dinner (3.5 miles x $0.375/mile) | 1.31 |
| 28 Oct 2005 | Amerisuites (2 nights @ $119 + 1 night @ $169 + taxes) | 448.49 |
| 28 Oct 2005 | Lunch-MacDonalds- on the way home | 5.59 |
| 28 Oct 2005 | Drive home (340.5 miles x $0.375/mile) | 127.69 |
| 1 Nov 2005 | Charge for electronic bank transfer | 15.00 |
| | | |
| | Total | 857.81 |

Mileage - The US Internal Revenue Service (IRS) allows $0.375/mile as the cost of driving your car, for tax purposes, so that is what everyone here uses for automobile expenses.

The mileage on my car was as follows:

Depart home - 72,944.0        arrive Las Vegas hotel - 73,682.5 = 340.5 miles

Local driving - 73,682.5      back to hotel          - 73,686.0 =    3.5 miles

Depart LV    - 73,686.0       drove home             - 74,026.5 = 340.5 miles

I do not have a receipt for the $30.00 for the second night at the Hofbrau Haus. Rob Smith, the engineer from David Taylor kept it ($150.00 including tip). The people at dinner were Rob Smith, Tom Schmidt, George Wolf, and Gerardo Moino.

I do not have a receipt for the $40.00 for the Paris Café ($240.00 with tip). The people at dinner were Matt Walters, Tom Galloway, Bill Galloway, Eric Fink and Harald Pauli. Everyone paid their share and Tom Galloway kept the receipt.

EXHIBIT 3 Page | 44

# Invoice

**J. B. Hughes and Associates**
4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.    06-005               Invoice Date:  1 November 2006
Invoice Authority     Representative Agreement - Dated 1/21/96

Bill To:             Giunio Santi Engineering, s.r.l. (GSE)
                       Piazza Bergamo, 18
                       24040 Zingonia (BG)
                       Italy

Subject:          Expenses and Fees - ASME/PVHO Meeting – San Francisco, California

---

**Terms of Payment**   - Transfer funds electronically according to bank routing below:
Name of Account:       Joseph B. Hughes
Account Number:       ██████6424
Bank Address:          Union Bank of California, La Mesa Branch
                       4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:   ██████0496
Bank Telephone Number:  619-667-3212

---

**Billing Summary**

Description

1.     Expenses for ASME/PVHO meeting in Newport, Rhode Island (see attached list)

                     Total               US$ 1,881.36

2.     Consulting – 16 hours @ $125.00 per hour    US$ 2,000.00
                     **Total**           **US$ 3,881.36**

Approved:

_____

    Giunio Santi

EXHIBIT 3 Page | 45

# Invoice

**J. B. Hughes and Associates**

4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.     06-003                              Invoice Date:  10 March 2006

Invoice Authority     Representative Agreement - Dated 1/21/96

Bill To:                  Giunio Santi Engineering, s.r.l. (GSE)
                          Piazza Bergamo, 18
                          24040 Zingonia (BG)
                          Italy

Subject:                  Expenses - ASME/PVHO Meeting - Santa Fe, NM

---

**Terms of Payment**  - Transfer funds electronically according to bank routing below:

Name of Account:        Joseph B. Hughes
Account Number:         ███6424
Bank Address:           Union Bank of California, La Mesa Branch
                        4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:    ███0496
Bank Telephone Number:  619-667-3212

---

**Billing Summary**

Description

1.      Expenses for ASME/PVHO meeting in Santa Fe, New Mexico (see attached list)

                              Total        US$ 1,580.95

Approved:

_____

     Giunio Santi

**Expenses**

**Santa Fe, New Mexico Trip**

**Feb 28 - Mar 3, 2006**

| Date | Item | Amount (US$) |
|------|------|-------------|
|  |  |  |
| 10 Feb 2006 | American Airlines | 566.50 |

EXHIBIT 3 Page | 46

| 28 Feb 2006 | Wife dropped me at airport (30.4 miles x $0.375/mile) | 11.40 |
|---|---|---|
| 28 Feb 2006 | Lunch - Dallas/Fort Worth Airport kiosk | 10.04 |
| 28 Feb 2006 | Dinner - Los Mayas Restaurant - my share of 5 ASME people | 38.00 |
| 1 Mar 2006 | Lunch - Railyard Restaurant | 18.60 |
| 1 Mar 2006 | Dinner - Railyard - my share of 6 ASME people | 50.00 |
| 2 Mar 2006 | Lunch - El Tesoro café - Steve Reimer | 27.43 |
| 2 Mar 2006 | Dinner - Los Mayas Restaurant - My share of 4 ASME people | 51.83 |
| 2 Mar 2006 | Hotel Santa Fe - room and breakfast | 556.55 |
| 3 Mar 2006 | Conoco - Albuquerque - fuel rental car | 16.00 |
| 3 Mar 2006 | Alamo - rental car | 223.20 |
| 6 Mar 2006 | Daughter picked me up at the airport (30.4 miles x $0.375/mile) | 11.40 |
|  |  |  |
|  | Total | 1580.95 |

Mileage - The US Internal Revenue Service (IRS) allows $0.375/mile as the cost of driving your car, for tax purposes, so that is what everyone here uses for automobile expenses.

EXHIBIT 3 Page | 47

# Invoice

**J. B. Hughes and Associates**

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

| | | | |
|---|---|---|---|
| Invoice No. | 06-004 | Invoice Date: | 28 June 2006 |

Invoice Authority     Representative Agreement - Dated 1/21/96

Bill To:
      Giunio Santi Engineering, s.r.l. (GSE)
      Piazza Bergamo, 18
      24040 Zingonia (BG)
      Italy

Subject:
      Expenses - ASME/PVHO Meeting - Santa Fe, NM

---

**Terms of Payment** - Transfer funds electronically according to bank routing below:

Name of Account:      Joseph B. Hughes
Account Number:      ███6424
Bank Address:      Union Bank of California, La Mesa Branch
            4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:      ███0496
Bank Telephone Number:      619-667-3212

---

**Billing Summary**

<u>Description</u>

1.      Expenses for ASME/PVHO meeting in Vancouver, British Colombia, Canada (see attached list)

<u>Total</u>      US$ 1,428.89

Approved:

_____

    Giunio Santi

**Expenses**

**Vancouver, British Columbia, Canada - Trip**

**June 13 - June 16, 2006**

| <u>Date</u> | <u>Item</u> | <u>Amount (US$)</u> |
|---|---|---|
| | | |

EXHIBIT 3 Page | 48

| Date | Item | Amount |
|------|------|--------|
| 13 Jun 2006 | American Airlines | 602.21 |
| 13 Jun 2006 | Wife dropped me at airport (30.4 miles x $0.375/mile) | 11.40 |
| 13 Jun 2006 | Coffee - San Diego Airport kiosk | 3.00 |
| 13 Jun 2006 | Coffee - Seattle Airport kiosk | 5.14 |
| 13 Jun 2006 | ICE Services fee – Exchanged $100 US to $101.50 Can | 3.50 |
| 13 Jun 2006 | Lunch - Pacific Market, Vancouver - Waiting for Mr. Santi | 18.60 |
| 13 Jun 2006 | Baggage handling - Pacific Palisades concierge | 2.00 |
| 13 Jun 2006 | Coffee - Starbuck's - Mr. Santi | 7.80 |
| 14 Jun 2006 | Shaver Spot - Electrical adapter for Mr. Santi | 9.11 |
| 15 Jun 2006 | Ferry Boat - North Vancouver to Vancouver - self & Mr. Santi | 4.50 |
| 16 June 2006 | Baggage handling - Pacific Palisades concierge | 16.00 |
| 16 June 2006 | Pacific Palisades Hotel | 726.33 |
| 16 June 2006 | Daughter picked me up at the airport (30.4 miles x $0.375/mile) | 11.40 |
| | | |
| | Total | 1,428.89 |

Mileage - The US Internal Revenue Service (IRS) allows $0.375/mile as the cost of driving your car, for tax purposes, so that is what everyone here uses for automobile expenses.

**Expenses**

**Vancouver, British Columbia, Canada -  Trip**

**October 23 – October 28, 2006**

| Date | Item | Amount (US$) |
|------|------|--------------|
| | | |
| 23 Oct 2006 | American Airlines | 793.80 |
| 23 Oct 2006 | Wife dropped me at airport (30.4 miles x $0.375/mile) | 11.40 |
| 23 Oct 2006 | Coffee - San Diego Airport kiosk | 2.04 |
| 23 Oct 2006 | Lunch - Chicago Airport kiosk | 18.57 |
| 23 Oct 2006 | Refreshments & food – Chicago – with Dr. Jack Maison | 19.18 |

EXHIBIT 3 Page | 49

| | | |
|---|---|---|
| 23 Oct 2006 | Shuttle – Providence Airport to Newport | 20.00 |
| 24 Oct 2006 | Lunch – Fathoms Restaurant - Marriott | hotel bill |
| 24 Oct 2006 | Dinner – Fathoms Restaurant - Marriott | hotel bill |
| 25 Oct 2006 | Lunch – Hibachi Garden – with Dr. Jack Maison | 53.99 |
| 25 Oct 2006 | Dinner – 22 Bowen's Café – with George Wolfe | 55.98 |
| 26 Oct 2006 | Baggage handling - Marriott concierge | 2.00 |
| 26 Oct 2006 | Newport Marriott Hotel | 547.01 |
| 26 Oct 2006 | Shuttle – Newport to Providence Airport | 20.00 |
| 26 Oct 2006 | Dinner – Crystal Restaurant | hotel bill |
| 27 Oct 2006 | Taxi- Marriott Courtyard to Finmechanica | 15.00 |
| 27 Oct 2006 | Taxi – Finmechanica to Marriott Courtyard | 17.00 |
| 27 Oct 2006 | Dinner – Crystal Restaurant | hotel bill |
| 28 Oct 2006 | Crystal City Marriott Courtyard | 285.99 |
| 28 Oct 2006 | Lunch – Dallas/Fort Worth Kiosk | 8.00 |
| 28 Oct 2006 | Wife picked me up at the airport (30.4 miles x $0.375/mile) | 11.40 |
| | | |
| | Total | 1,881.36 |

Mileage - The US Internal Revenue Service (IRS) allows $0.375/mile as the cost of driving your car, for tax purposes, so that is what everyone here uses for automobile expenses.

EXHIBIT 3 Page | 50

# Invoice

**J. B. Hughes and Associates**

4656 Mission Bell Lane • La Mesa, CA 91941

Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.   06-005                      Invoice Date:  1 November 2006

Invoice Authority   Representative Agreement - Dated 1/21/96

Bill To:            Giunio Santi Engineering, s.r.l. (GSE)
                    Piazza Bergamo, 18
                    24040 Zingonia (BG)
                    Italy

Subject:            Expenses and Fees - ASME/PVHO Meeting – San Francisco, California

---

**Terms of Payment**   - Transfer funds electronically according to bank routing below:

Name of Account:        Joseph B. Hughes

Account Number:         ████6424

Bank Address:           Union Bank of California, La Mesa Branch
                        4771 Spring Street, La Mesa, CA 91941

Bank Routing Number:    ████0496

Bank Telephone Number:  619-667-3212

---

**Billing Summary**

<u>Description</u>

1.      Expenses for ASME/PVHO meeting in Newport, Rhode Island (see attached list)

                              <u>Total</u>       US$ 1,881.36

2.      Consulting – 16 hours @ $125.00 per hour      <u>US$ 2,000.00</u>

                              **Total**       **US$ 3,881.36**

Approved:

_____

    Giunio Santi

**Expenses**

**Vancouver, British Columbia, Canada - Trip**

**October 23 – October 28, 2006**

| Date | Item | Amount (US$) |
|------|------|--------------|

EXHIBIT 3 Page | 51

| | | |
|---|---|---|
| 23 Oct 2006 | American Airlines | 793.80 |
| 23 Oct 2006 | Wife dropped me at airport (30.4 miles x $0.375/mile) | 11.40 |
| 23 Oct 2006 | Coffee - San Diego Airport kiosk | 2.04 |
| 23 Oct 2006 | Lunch - Chicago Airport kiosk | 18.57 |
| 23 Oct 2006 | Refreshments & food – Chicago – with Dr. Jack Maison | 19.18 |
| 23 Oct 2006 | Shuttle – Providence Airport to Newport | 20.00 |
| 24 Oct 2006 | Lunch – Fathoms Restaurant - Marriott | hotel bill |
| 24 Oct 2006 | Dinner – Fathoms Restaurant - Marriott | hotel bill |
| 25 Oct 2006 | Lunch – Hibachi Garden – with Dr. Jack Maison | 53.99 |
| 25 Oct 2006 | Dinner – 22 Bowen's Café – with George Wolfe | 55.98 |
| 26 Oct 2006 | Baggage handling - Marriott concierge | 2.00 |
| 26 Oct 2006 | Newport Marriott Hotel | 547.01 |
| 26 Oct 2006 | Shuttle – Newport to Providence Airport | 20.00 |
| 26 Oct 2006 | Dinner – Crystal Restaurant | hotel bill |
| 27 Oct 2006 | Taxi- Marriott Courtyard to Finmechanica | 15.00 |
| 27 Oct 2006 | Taxi – Finmechanica to Marriott Courtyard | 17.00 |
| 27 Oct 2006 | Dinner – Crystal Restaurant | hotel bill |
| 28 Oct 2006 | Crystal City Marriott Courtyard | 285.99 |
| 28 Oct 2006 | Lunch – Dallas/Fort Worth Kiosk | 8.00 |
| 28 Oct 2006 | Wife picked me up at the airport (30.4 miles x $0.375/mile) | 11.40 |
| | | |
| | Total | 1,881.36 |

Mileage - The US Internal Revenue Service (IRS) allows $0.375/mile as the cost of driving your car, for tax purposes, so that is what everyone here uses for automobile expenses.

EXHIBIT 3 Page | 52

# Invoice

**J. B. Hughes and Associates**

4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.        07-002               Invoice Date:  11 March 2007
Invoice Authority    Representative Agreement - Dated 1/21/96

Bill To:           Giunio Santi Engineering, s.r.l. (GSE)
                   Piazza Bergamo, 18
                   24040 Zingonia (BG)
                   Italy

Subject:           Expenses and Fees - ASME/PVHO Meeting – San Francisco, California

---

**Terms of Payment**   - Transfer funds electronically according to bank routing below:
Name of Account:          Joseph B. Hughes
Account Number:           ███6424
Bank Address:             Union Bank of California, La Mesa Branch
                          4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:      ███0496
Bank Telephone Number:    619-667-3212

---

**Billing Summary**

Description

1.    Expenses for ASME/PVHO meeting in San Francisco, California (see attached list)

                        Total       US$ 1,053.24

2.    Consulting – 16 hours @ $125.00 per hour      US$ 2,000.00

                        **Total**      **US$ 3,053.24**

Approved:

_____

   Giunio Santi

**Expenses**

**San Francisco, California - Trip**

**February 20 – February 22, 2007**

| Date | Item | Amount (US$) |
|------|------|--------------|

EXHIBIT 3 Page | 53

| | | |
|---|---|---|
| 20 Feb 2006 | American Airlines | 133.80 |
| 20 Feb 2006 | Wife dropped me at airport (30.4 miles x $0.375/mile) | 11.40 |
| 20 Feb 2006 | Coffee & Pastry - San Diego Airport kiosk | 4.72 |
| 23 Oct 2006 | Taxi - SFO Airport to Crowne Plaza Hotel | 42.00 |
| 20 Feb 2006 | Lunch - Scala Bistrro | 9.32 |
| 20 Feb 2006 | Cable car to Fisherman's Wharf | 5.00 |
| 20 Feb 2006 | Dinner - Scoma's Restaurant – G Wolfe & J Witney | 168.48 |
| 20 Feb 2006 | Cable car back to Crowne Plaza | 5.00 |
| 21 Feb 2006 | Lunch – Double Rainbow Café | 6.77 |
| 21 Feb 2006 | Dinner – Zingari Restaurant – My share – large group | 66.00 |
| 21 Feb 2006 | Refreshments – Crown Plaza – My share – large group | 12.00 |
| 22 Feb 2006 | Crown Plaza Hotel – 2 nights, 2 breakfasts & 1 refreshments | 486.32 |
| 22 Feb 2006 | Hotel Bell Captain – Baggage storage | 2.00 |
| 22 Feb 2006 | Taxi to SFO Airport – My share – Split with T Schmidt | 21.00 |
| 22 Feb 2006 | Lunch – SFO Airport Bistro – T Schmidt | 42.83 |
| 22 Feb 2006 | Wife picked me up at airport (30.4 miles x $0.375/mile) | 11.40 |
| | Italian bank handling fee | 25.00 |
| | | |
| | | |
| | | |
| | | |
| | Total | 1,053.24 |

Mileage - The US Internal Revenue Service (IRS) allows $0.375/mile as the cost of driving your car, for tax purposes, so that is what everyone here uses for automobile expenses.

EXHIBIT 3 Page | 54

# Invoice

**J. B. Hughes and Associates**

4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

**Invoice No.**      07-003                          **Invoice Date:**  13 June 2007

Invoice Authority:      Representative Agreement - Dated 1/21/96

Bill To:      Giunio Santi Engineering, s.r.l. (GSE)
             Piazza Bergamo, 18
             24040 Zingonia (BG)
             Italy

Subject:      Expenses and Fees - ASME/PVHO Meeting – Nashville, Tennessee

---

**Terms of Payment**      - Transfer funds electronically according to bank routing below:

Name of Account:      Joseph B. Hughes
Account Number:      ████6424
Bank Address:      Union Bank of California, La Mesa Branch
                  4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:      ████0496
Bank Telephone Number:      619-667-3212

---

**Billing Summary**

EXHIBIT 3 Page | 55

<u>Description</u>

1.      Expenses for ASME/PVHO meeting in Nashville, Tennessee (see attached list)

                           <u>Total</u>      US$ 954.49

2.      Consulting – 16 hours @ $125.00 per hour    <u>US$ 2,000.00</u>

                           **Total**     **US$ 2,954.49**

Approved:

_____

   Giunio Santi

**Expenses**

**Nashville, Tennessee - Trip**

**June 4 to June 7, 2007**

| <u>Date</u> | <u>Item</u> | <u>Amount</u> <u>(US$)</u> |
|---|---|---|
| | | |
| 4 Jun 2007 | Southwest Airlines | 347.70 |
| 4 Jun 2007 | Wife dropped me at airport (30.4 miles x $0.375/mile) | 11.40 |
| 4 Jun 2007 | San Diego Airport kiosk – Breakfast waiting for flight | 8.07 |
| 6 Jun 2007 | Parking downtown Nashville-Steve Reimers drove | 8.00 |
| 7 Jun 2007 | Holiday Inn Hotel – 3 nights, 2 breakfasts, 2 lunches  & 3 dinners | 519.92 |
| 7 Jun 2007 | Holiday Inn Coffee Shop - breakfast | 10.00 |
| 7 Jun 2007 | Holiday Inn Bell Captain – Baggage storage | 1.00 |
| 7 Jun 2007 | Nashville Airport Kiosk – Dinner waiting for flight | 12.00 |
| 7 Jun 2007 | Wife picked me up at airport (30.4 miles x $0.375/mile) | 11.40 |
| | Italian bank handling fee | 25.00 |
| | | |
| | | |
| | | |

EXHIBIT 3 Page | 56

|  |  |  |
|--|--|--|
|  | Total | 954.49 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Mileage - The US Internal Revenue Service (IRS) allows $0.375/mile as the cost of driving your car, for tax purposes, so that is what everyone here uses for automobile expenses.

EXHIBIT 3 Page | 57

# Invoice

**J. B. Hughes and Associates**

4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.          07-004                Invoice Date:  29 October 2007
Invoice Authority:   Representative Agreement - Dated 1/21/96

Bill To:          Giunio Santi Engineering, s.r.l. (GSE)
                  Piazza Bergamo, 18
                  24040 Zingonia (BG)
                  Italy

Subject:          Expenses and Fees - ASME/PVHO Meeting – New York, New York

---

**Terms of Payment**   - Transfer funds electronically according to bank routing below:
Name of Account:       Joseph B. Hughes
Account Number:        ████6424
Bank Address:          Union Bank of California, La Mesa Branch
                       4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:   ████0496
Bank Telephone Number: 619-667-3212

---

**Billing Summary**

Description

1.    Expenses for ASME/PVHO meeting in Nashville, Tennessee (see attached list)

                                    Total       US$ 1,672.14

2.    Consulting – 16 hours @ $125.00 per hour          US$ 2,000.00

                                    **Total**       **US$ 3,672.14**

Approved:

_____

   Giunio Santi

**Expenses**

**New York - Trip**

**October 22 to October 25, 2007**

EXHIBIT 3 Page | 58

| Date | Item | Amount (US$) |
|---|---|---|
| | | |
| 22 October 07 | American Airlines | 338.80 |
| 22 October 07 | Wife dropped me at airport (30.4 miles x $0.375/mile) | 11.40 |
| 22 October 07 | San Diego Airport kiosk – Snack waiting for flight | 5.37 |
| 23 October 07 | Taxi-JFK Airport to Clarion Hotel | 70.00 |
| 23 October 07 | Clarion Hotel Coffee Shop - Breakfast | 15.00 |
| 23 October 07 | Clarion Hotel Bellman – Baggage storage | 1.00 |
| 23 October 07 | Les Halles Restaurant – Lunch – Dr. Jack Maisson | 29.59 |
| 23 October 07 | Les Halles Restaurant – Dinner – Dr. Maisson | 127.60 |
| 24 October 07 | Breakfast on hotel bill, lunch provided by ASME | 0.00 |
| 24 October 07 | Campanile Restaurant – Dinner – Tom Schmidt | 49.00 |
| 25 October 07 | Clarion Hotel with two nights and two breakfasts | 913.98 |
| 25 October 07 | Breakfast on hotel bill, lunch provided by ASME | 0.00 |
| 25 October 07 | Taxi – ASME Headquarters to JFK Airport | 66.00 |
| 25 October 07 | JFK Airport Kiosk – Snack waiting for flight | 8.00 |
| 25 October 07 | Wife picked me up at airport (30.4 miles x $0.375/mile) | 11.40 |
| | | |
| | Italian bank handling fee | 25.00 |
| | | |
| | **Total** | **1672.14** |
| | | |
| | | |
| | | |

Mileage - The US Internal Revenue Service (IRS) allows $0.375/mile as the cost of driving your car, for tax purposes, so that is what everyone here uses for automobile expenses.

EXHIBIT 3 Page | 59

# Invoice

**J. B. Hughes and Associates**
4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.        08-002        Invoice Date:  2 July 2008
Invoice Authority:   Representative Agreement - Dated 1/21/96

Bill To:                Giunio Santi Engineering, s.r.l. (GSE)
                        Piazza Bergamo, 18
                        24040 Zingonia (BG)
                        Italy

Subject:                Expenses and Fees - ASME/PVHO Meeting – Washington, D.C.

---

**Terms of Payment**   - Transfer funds electronically according to bank routing below:
Name of Account:          Joseph B. Hughes
Account Number:           ████6424
Bank Address:             Union Bank of California, La Mesa Branch
                          4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:      ████0496
SWIFT code:               BOFCS33MPK
Bank Telephone Number:    619-667-3212

---

## Billing Summary

<u>Description</u>

1.    Expenses - ASME/PVHO meeting Saint Petersburg, Florida (see attached list)

                                          US$ 1,580.44

2.    Consulting – 16 hours @ $125.00 per hour        US$ 2,000.00

                      **Total**            **US$ 3,580.44**

Approved:

_____

    Giunio Santi

**Expenses**

**Saint Petersburg, Florida - Trip**

**February 26 to February 29, 2008**

EXHIBIT 3 Page | 60

| Date | Item | Amount (US$) |
|---|---|---|
| | | |
| 2 June 08 | Wife dropped me at airport (30.4 miles x $0.485/mile) | 14.74 |
| 2 June 08 | Northwest Airlines | 358.00 |
| 2 June 08 | Baggage handling - San Diego Airport | 1.00 |
| 2 June 08 | Breakfast - San Diego Airport kiosk –waiting for flight | 6.98 |
| 2 June 08 | Lunch - Anton's - Minneapolis Airport | 9.16 |
| 2 June 08 | Dinner - Sheraton restaurant-with Wolfe and Witney-my share | 46.00 |
| 3 June 08 | Breakfast - Sheraton Restaurant ($17.71 on hotel bill) | --- |
| 3 June 08 | Lunch - Sheraton Restaurant ($23.55 on hotel bill) | --- |
| 3 June 08 | Dinner - Sheraton Restaurant (deduct $117.15 from hotel bill. I will pay for dinner with Robinson and Grabowsky) | (117.15) |
| 4 June 08 | Breakfast - Sheraton coffee bar and bran muffin | 6.98 |
| 4 June 08 | Lunch - Sheraton Restaurant - G. Wolfe bought | --- |
| 4 June 08 | Dinner - Sheraton Restaurant ($20.91 on hotel bill) | --- |
| 5 June 08 | Breakfast - Sheraton Restaurant ($15.84 on hotel bill) | --- |
| 5 June 08 | Lunch - Sheraton Restaurant ($13.38 on hotel bill) | --- |
| 5 June 08 | Dinner - Champs Restaurant - Reimer & Fink (my share) | 25.83 |
| 6 June 08 | Sheraton (2 nights at $197.35 + 2 nights at $274.52 + above meals) | 1,152.28 |
| 6 June 08 | Breakfast - Sheraton coffee bar and pastry | 6.41 |
| 6 June 08 | Washington National Airport Kiosk - Lunch (flight cancelled) | 11.56 |
| 6 June 08 | Washington National Airport Kiosk - Dinner (waiting for later flight) | 10.97 |
| 6 June 08 | Las Vegas Airport Kiosk - Late night snack between flights | 7.94 |
| 7 June 08 | Wife picked me up at airport at 2:00AM (30.4 miles x $0.485/mile) | 14.74 |
| | | |

EXHIBIT 3 Page | 61

|  | Italian bank handling fee | 25.00 |
|  |  |  |
|  | **Total** | **1,580.44** |

Mileage - The US Internal Revenue Service (IRS) allows $0.485/mile as the cost of driving your car, for tax purposes, so that is what everyone here uses for automobile expenses.

EXHIBIT 3 Page | 62

# Invoice

**J. B. Hughes and Associates**

4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.         08-001          Invoice Date:  3 March 2008

Invoice Authority:     Representative Agreement - Dated 1/21/96

Bill To:             Giunio Santi Engineering, s.r.l. (GSE)
                      Piazza Bergamo, 18
                      24040 Zingonia (BG)
                      Italy

Subject:           Expenses and Fees - ASME/PVHO Meeting – Saint Petersburg, Florida

---

**Terms of Payment**   - Transfer funds electronically according to bank routing below:
Name of Account:       Joseph B. Hughes
Account Number:       ██████6424
Bank Address:         Union Bank of California, La Mesa Branch
                      4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:   ██████0496
Bank Telephone Number:  619-667-3212

---

**Billing Summary**

Description

1.     Expenses - ASME/PVHO meeting Saint Petersburg, Florida (see attached list)

                                    US$     882.45

2.     Consulting – 16 hours @ $125.00 per hour     US$ 2,000.00

                       **Total**         **US$ 2,882.45**

Approved:

_____

   Giunio Santi

**Expenses**

**Saint Petersburg, Florida - Trip**

**February 26 to February 29, 2008**

EXHIBIT 3 Page | 63

| Date | Item | Amount (US$) |
|---|---|---|
| | | |
| 26 February 08 | American Airlines | 236.00 |
| 26 February 08 | Wife dropped me at airport (30.4 miles x $0.485/mile) | 14.74 |
| 26 February 08 | Baggage handling - San Diego Airport | 1.00 |
| 26 February 08 | Coffee - San Diego Airport kiosk –waiting for flight | 3.00 |
| 26 February 08 | Lunch - Chili's - Dallas/Fort Worth Airport | 13.51 |
| 26 February 08 | Super Shuttle - Tampa Airport to Tradewinds Hotel | 24.00 |
| 26 February 08 | Baggage handling - Tradewinds Hotel arrival | 1.00 |
| 26 February 08 | Dinner - Flying Bridge - ($24.90 on hotel bill) | --- |
| 27 February 08 | Breakfast - Hotel Deli - blueberry muffin | 2.09 |
| 27 February 08 | Lunch - Dave's Fish House - (my share) | 16.00 |
| 27 February 08 | Refreshments - G. Wolfe & J. Witney - Shark's Tooth Grill | 18.00 |
| 27 February 08 | Dinner - G. Wolfe - Shark's Tooth Grill | 33.23 |
| 28 February 08 | Breakfast - Hotel Deli - bran muffin | 2.09 |
| 28 February 08 | Tradewinds Hotel bill (including one dinner - above) | 459.46 |
| 28 February 08 | Spinner Restaurant (my share) | 12.18 |
| 29 February 08 | Dinner - Tampa Airport kiosk - Pizza | 6.41 |
| 29 February 08 | Wife picked me up at airport (30.4 miles x $0.485/mile) | 14.74 |
| | | |
| | Italian bank handling fee | 25.00 |
| | | |
| | **Total** | **882.45** |
| | | |
| | | |
| | | |

EXHIBIT 3 Page | 64

Mileage - The US Internal Revenue Service (IRS) allows $0.485/mile as the cost of driving your car, for tax purposes, so that is what everyone here uses for automobile expenses.

EXHIBIT 3 Page | 65

# Invoice

**J. B. Hughes and Associates**

4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.     08-001     Invoice Date:  3 March 2008

Invoice Authority:     Representative Agreement - Dated 1/21/96

Bill To:     Giunio Santi Engineering, s.r.l. (GSE)
     Piazza Bergamo, 18
     24040 Zingonia (BG)
     Italy

Subject:     Expenses and Fees - ASME/PVHO Meeting – Saint Petersburg, Florida

---

**Terms of Payment**  - Transfer funds electronically according to bank routing below:

Name of Account:     Joseph B. Hughes
Account Number:     ████6424
Bank Address:     Union Bank of California, La Mesa Branch
     4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:     ████0496
Bank Telephone Number:     619-667-3212

---

**Billing Summary**

<u>Description</u>

1.     Expenses - ASME/PVHO meeting Saint Petersburg, Florida (see attached list)

     US$     882.45

2.     Consulting – 16 hours @ $125.00 per hour     <u>US$ 2,000.00</u>

     **Total**     **US$ 2,882.45**

Approved:

     Giunio Santi

**Expenses**

**Saint Petersburg, Florida - Trip**

**February 26 to February 29, 2008**

EXHIBIT 3 Page | 66

| Date | Item | Amount (US$) |
|---|---|---|
|  |  |  |
| 26 February 08 | American Airlines | 236.00 |
| 26 February 08 | Wife dropped me at airport (30.4 miles x $0.485/mile) | 14.74 |
| 26 February 08 | Baggage handling - San Diego Airport | 1.00 |
| 26 February 08 | Coffee - San Diego Airport kiosk –waiting for flight | 3.00 |
| 26 February 08 | Lunch - Chili's - Dallas/Fort Worth Airport | 13.51 |
| 26 February 08 | Super Shuttle - Tampa Airport to Tradewinds Hotel | 24.00 |
| 26 February 08 | Baggage handling - Tradewinds Hotel arrival | 1.00 |
| 26 February 08 | Dinner - Flying Bridge - ($24.90 on hotel bill) | --- |
| 27 February 08 | Breakfast - Hotel Deli - blueberry muffin | 2.09 |
| 27 February 08 | Lunch - Dave's Fish House - (my share) | 16.00 |
| 27 February 08 | Refreshments - G. Wolfe & J. Witney - Shark's Tooth Grill | 18.00 |
| 27 February 08 | Dinner - G. Wolfe - Shark's Tooth Grill | 33.23 |
| 28 February 08 | Breakfast - Hotel Deli - bran muffin | 2.09 |
| 28 February 08 | Tradewinds Hotel bill (including one dinner - above) | 459.46 |
| 28 February 08 | Spinner Restaurant (my share) | 12.18 |
| 29 February 08 | Dinner - Tampa Airport kiosk - Pizza | 6.41 |
| 29 February 08 | Wife picked me up at airport (30.4 miles x $0.485/mile) | 14.74 |
|  |  |  |
|  | Italian bank handling fee | 25.00 |
|  |  |  |
|  | **Total** | **882.45** |
|  |  |  |
|  |  |  |
|  |  |  |

EXHIBIT 3 Page | 67

Mileage - The US Internal Revenue Service (IRS) allows $0.485/mile as the cost of driving your car, for tax purposes, so that is what everyone here uses for automobile expenses.

EXHIBIT 3 Page | 68

# Invoice

**J. B. Hughes and Associates**

4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

**Invoice No.**     08-002          **Invoice Date:** 2 July 2008

Invoice Authority:     Representative Agreement - Dated 1/21/96

Bill To:             Giunio Santi Engineering, s.r.l. (GSE)
                     Piazza Bergamo, 18
                     24040 Zingonia (BG)
                     Italy

Subject:             Expenses and Fees - ASME/PVHO Meeting – Washington, D.C.

---

**Terms of Payment**   - Transfer funds electronically according to bank routing below:

Name of Account:       Joseph B. Hughes
Account Number:        ███6424
Bank Address:          Union Bank of California, La Mesa Branch
                       4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:   ███0496
SWIFT code:            BOFCS33MPK
Bank Telephone Number: 619-667-3212

---

**Billing Summary**

<u>Description</u>

1.      Expenses - ASME/PVHO meeting Saint Petersburg, Florida (see attached list)

                                                   US$ 1,580.44

2.      Consulting – 16 hours @ $125.00 per hour      <u>US$ 2,000.00</u>

                              **Total**            **US$ 3,580.44**

Approved:

_____

    Giunio Santi

**Expenses**

**Saint Petersburg, Florida - Trip**

**February 26 to February 29, 2008**

EXHIBIT 3 Page | 69

| Date | Item | Amount (US$) |
|---|---|---|
| | | |
| 2 June 08 | Wife dropped me at airport (30.4 miles x $0.485/mile) | 14.74 |
| 2 June 08 | Northwest Airlines | 358.00 |
| 2 June 08 | Baggage handling - San Diego Airport | 1.00 |
| 2 June 08 | Breakfast - San Diego Airport kiosk –waiting for flight | 6.98 |
| 2 June 08 | Lunch - Anton's - Minneapolis Airport | 9.16 |
| 2 June 08 | Dinner - Sheraton restaurant-with Wolfe and Witney-my share | 46.00 |
| 3 June 08 | Breakfast - Sheraton Restaurant ($17.71 on hotel bill) | --- |
| 3 June 08 | Lunch - Sheraton Restaurant ($23.55 on hotel bill) | --- |
| 3 June 08 | Dinner - Sheraton Restaurant (deduct $117.15 from hotel bill.  I will pay for dinner with Robinson and Grabowsky) | (117.15) |
| 4 June 08 | Breakfast - Sheraton coffee bar and bran muffin | 6.98 |
| 4 June 08 | Lunch - Sheraton Restaurant - G. Wolfe bought | --- |
| 4 June 08 | Dinner - Sheraton Restaurant ($20.91 on hotel bill) | --- |
| 5 June 08 | Breakfast - Sheraton Restaurant ($15.84 on hotel bill) | --- |
| 5 June 08 | Lunch - Sheraton Restaurant ($13.38 on hotel bill) | --- |
| 5 June 08 | Dinner - Champs Restaurant - Reimer & Fink (my share) | 25.83 |
| 6 June 08 | Sheraton (2 nights at $197.35 + 2 nights at $274.52 + above meals) | 1,152.28 |
| 6 June 08 | Breakfast - Sheraton coffee bar and pastry | 6.41 |
| 6 June 08 | Washington National Airport Kiosk - Lunch (flight cancelled) | 11.56 |
| 6 June 08 | Washington National Airport Kiosk - Dinner (waiting for later flight) | 10.97 |
| 6 June 08 | Las Vegas Airport Kiosk - Late night snack between flights | 7.94 |
| 7 June 08 | Wife picked me up at airport at 2:00AM (30.4 miles x $0.485/mile) | 14.74 |
| | | |

EXHIBIT 3 Page | 70

|  | Italian bank handling fee | 25.00 |
|  |  |  |
|  | **Total** | **1,580.44** |

Mileage - The US Internal Revenue Service (IRS) allows $0.485/mile as the cost of driving your car, for tax purposes, so that is what everyone here uses for automobile expenses.

EXHIBIT 3 Page | 71

# Invoice

**J. B. Hughes and Associates**

4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.          14-004          Invoice Date:  29 August 2014

Invoice Authority:    Representative Agreement - Dated 1/21/96

Bill To:              GSE trieste s.r.l. (Giunio Santi Engineering)
                      Piazza Bergamo, 18
                      24040 Ciserano (BG)
                      Italy

Subject:              Transducers and shipping costs

---

**Terms of Payment**    - Transfer funds electronically according to bank routing below:

Name of Account:      Joseph B. Hughes
Account Number:       ███████6424
Bank Address:         Union Bank of California, La Mesa Branch
                      4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:  ██████0496
SWIFT code:           BOFCUS33MPK
Bank Telephone Number: 619-667-3212

---

**Billing Summary**

<u>Description</u>

1.      Ocean Technology Systems Transducers – Part No. OTS-912-044-001, Quantity 2 at $575.00 each

                                        US$ 1,150.00

2.      Freight – United Parcel Service

                                        US$    120.00

        **Total**              **US$ 1,270.00**

Approved:

_____

  Giunio Santi

EXHIBIT 3 Page | 72

# Invoice

**J. B. Hughes and Associates**

4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.        14-005        Invoice Date:  10 September 2014
Invoice Authority:    Representative Agreement - Dated 1/21/96

Bill To:                    GSE trieste s.r.l. (Giunio Santi Engineering)
                            Piazza Bergamo, 18
                            24040 Ciserano (BG)
                            Italy

Subject:                    Transducers and shipping costs

**Terms of Payment**   - Transfer funds electronically according to bank routing below:
Name of Account:        Joseph B. Hughes
Account Number:         ███6424
Bank Address:           Union Bank of California, La Mesa Branch
                        4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:    ███0496
SWIFT code:             BOFCUS33MPK
Bank Telephone Number:  619-667-3212

**Billing Summary**

Description

1.      Ocean Technology Systems Transducers – Part No. TA-4H, Quantity 2 at $450.00 each

                                    US$ 900.00

2.      Freight – DHL

                                    215.00

3.      Bank cash transfer fee JBH&A Invoice 14-004

                                    25.00

4.      Bank cash transfer fee this invoice

                                    25.00
                **Total**           **US$ 1,165.00**

Approved:

_____

    Giunio Santi

EXHIBIT 3 Page | 73

# Invoice

**J. B. Hughes and Associates**
4656 Mission Bell Lane • La Mesa, CA 91941
Tele: 619-698-4530 • FAX 619-698-1860

Invoice No.        16-001        Invoice Date:  15 June 2016
Invoice Authority:        Representative Agreement - Dated 1/21/96

Bill To:        Giunio Santi Engineering, s.r.l. (GSE)
        Piazza Bergamo, 18
        24040 Zingonia (BG)
        Italy

Subject:        Commission on GDEB/GSE Mini-sub Efforts

---

**Terms of Payment**   - Transfer funds electronically according to bank routing below:
Name of Account:        Joseph B. Hughes
Account Number:        ████6424
Bank Address:        Union Bank of California, La Mesa Branch
        4771 Spring Street, La Mesa, CA 91941
Bank Routing Number:        ████0496
SWIFT code:        BOFCS33MPK
Bank Telephone Number:        619-667-3212

---

**Billing Summary**

<u>Description</u>

1.        10% of all monies paid to GSE by General Dynamics Electric Boat, between December 11 2012 and May 31, 2016, for design, engineering, production, testing, and all related data and information associated of the mini-submarine(s) designated as "UOES3" or "Button 5.60" or delivered under the Special Operations Command's dry submersible programs; and comprising at least 10% of $44,269,290.00

<u>Payment Due</u>

**Total - US$ 4,426,929.00**

Approved:

_____

  Giunio Santi

EXHIBIT 3 Page | 74