UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B. HUGHES AND ASSOCIATES,<br><br>   Plaintiff,<br><br>vs.<br><br>GIUNIO SANTI ENGINEERING and GENERAL DYNAMICS ELECTRIC BOAT,<br><br>   Defendants. | Case No. 16-cv-00114-DMS-JMA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELECTRIC BOAT CORPORATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE**<br><br>Hon. Dana M. Sabraw |

**ORDER**

The Motion to Dismiss First Amended Complaint With Prejudice of Defendant Electric Boat Corporation (identified in the Complaint as "General Dynamics Electric Boat") having been considered,

**IT IS HEREBY ORDERED THAT**:

1. The motion is **GRANTED**;
2. Plaintiff's causes of action for intentional interference with contractual relations (Count II); intentional interference with prospective economic advantage (Count III); and unjust enrichment (Count IV) are dismissed with prejudice as to Electric Boat Corporation.

1 **IT IS SO ORDERED.**

3 Dated:

_____
Hon. Dana M. Sabraw

[Proposed] Order