IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J.B. HUGHES AND ASSOCIATES Plaintiff, | § § § | |
| v. | § § § | CIVIL ACTION NO. 3:16-CV-00114-DMS-JMA |
| Giunio Santi Engineering and General Dynamics Electric Boat, Defendants. | § § § § | Hon. Dana M. Sabraw |

ORDER DENYING DEFENDANT, GENERAL DYNAMICS ELECTRIC BOAT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

This Court has considered Defendant, General Dynamics Electric Boat's Motion to Dismiss Plaintiff's First Amended Complaint, and the Court, after reviewing the pleadings, is of the opinion the same should be denied. Further, this Court finds that pursuant to Rule 15(a), leave to amend is appropriate.

It is so ORDERED.

SIGNED AND ENTERED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE
Hon. Dana M. Sabraw

[Proposed] ORDER