| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B. HUGHES AND ASSOCIATES, | CASE NO. 16CV114-DMS JMA |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | Hon. Dana M. Sabraw |
| GIUNIO SANTI ENGINEERING, | Hon. Jan M. Adler |
| Defendant. | |



1 | The Court, having considered the joint motion and stipulation filed by
2 | Plaintiff J.B. Hughes and Associates and Defendant GSE Trieste, s.r.l., and good
3 | cause having been shown:

**IT IS HEREBY ORDERED THAT**:

This matter is hereby dismissed WITH PREJUDICE. All parties to bear their own attorneys' fees and costs.

Dated: July 18, 2018

Hon. Dana M. Sabraw
United States District Judge

LAACTIVE-603192411.1